# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 31, 2014

148343-5 & (12)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SANDRA LYNN ENOS,
      Defendant-Appellant.

SC: 148343-5
COA: 318200, 318201, 318202
Crawford CC:  12-093459-FH
              12-093460-FH
              12-093461-FH

_____/

      On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the December 3, 2013 order of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted. The Court of Appeals is DIRECTED to decide this case on an expedited basis.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 31, 2014


Clerk

t0127